Alex Murdock et al., Appellants, v R&P Oak Hill Development, LLC, Respondent. [40 NYS3d 312]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered September 11, 2015. The order granted in part defendant's motion for summary judgment dismissing the amended complaint and denied plaintiffs' cross motion for partial summary judgment on the Labor Law §§ 240 (1) and 241 (6) claims.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52009[U] [Sup Ct, Erie County 2015]). Present—Smith, J.P., Centra, Peradotto, Lindley and Curran, JJ.

 In the Matter of Allah Justice, Petitioner, v Anthony Annucci, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [40 NYS3d 313]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered March 1, 2016) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Carni, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.